UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

THE THREE DEGREES,

              Plaintiff,

  -against-

SONY MUSIC ENTERTAINMENT INC. et al.,

             Defendants.

------------------------------------- X

ORDER

17 Civ. 919 (GBD) (BCM)

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: September 30, 2020
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE